

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00441-CV

**IN THE INTEREST OF D.F.S.**, C.S.S., and C.R.S.

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02723
Honorable Peter A. Sakai, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellants' parental rights is AFFIRMED. No costs of appeal are taxed against appellants.

SIGNED February 17, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice